JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GORECKI<br><br>Plaintiff,<br><br>v.<br><br>SUPERCUTS, INC.<br><br>Defendant. | Case No.: 2:16-CV-07961-CAS(AGRx)<br><br>**[PROPOSED] ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Sean Gorecki ("Plaintiff") and Supercuts, Inc., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 6, 2017

*Christina A. Snyder*

UNITED STATES DISTRICT COURT JUDGE